UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION

| | | |
|---|---|---|
| **JOSEPH HARDESTY, et al.,** | : | Case No. 1:16-cv-00298 |
| Plaintiffs, | : | Judge Black |
| v. | : | |
| **THE KROGER CO., et al.** | : | **NOTICE OF FILING DEPOSITION EXHIBITS UNDER SEAL** |
| Defendants. | : | |

It is hereby noticed that pursuant to the Court's Stipulated Protective Order (Doc. #17), and the Court's June 7 Entry Granting the Parties Motion to File under Seal (Doc. #31), Plaintiffs hereby give notice of filing the following under seal:

1. Exhibits to the deposition of Diana Victoriano, taken October 12, 2016;

2. Exhibits to the deposition of Rana Tavalali-Schiff, taken December 19, 2016;

3. Exhibits to the deposition of Daniele L. Williams, taken January 31, 2017 and February 21, 2017;

4. Exhibits to the deposition of Briana Whitlow, taken February 10, 2017; and

5. Exhibits to the deposition of Donald Moffett, taken May 23, 2017.

Respectfully submitted,

/s/ Peter A. Saba
Peter A. Saba (0055535)
Joshua M. Smith (0092360)
Sharon J. Sobers (0030428)
STAGNARO, SABA
& PATTERSON CO., L.P.A.
2623 Erie Avenue
Cincinnati, Ohio 45208
(513) 533-6715
(513) 533-2716 (fax)
jms@sspfirm.com
**Attorneys for Plaintiffs**

1

## **CERTIFICATE OF SERVICE**

The undersigned does hereby certify that a true and accurate copy of the foregoing was served electronically through the District Court's electronic case filing system upon David K. Montgomery, Esq., Jackson Lewis P.C., PNC Center, 26th Floor, 201 East Fifth Street, Cincinnati, Ohio 45202, this 9th day of June, 2017.

/s/ Peter A. Saba
Peter A. Saba (0055535)