# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF OHIO
# WESTERN DIVISION

| | | |
|---|---|---|
| **JOSEPH HARDESTY, ET AL.,** Individually and on behalf of All Others Similarly Situated | : : : : | Case No. 1:16-CV-00298 Judge Timothy Black |
| Plaintiffs, | : : | |
| v. | : : : | **ENTRY GRANTING MOTION TO FILE UNDER SEAL** |
| **THE KROGER CO., et al.** | : : | |
| Defendants. | : | |

This matter having come before the Court on the Parties' Motion for Leave to File Under Seal, said Motion is found to be well-taken and is hereby granted. Plaintiffs may file the exhibits to their Motion for Summary Judgment under seal.

**IT IS SO ORDERED.**

_____

Judge Timothy Black