# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF OHIO
# WESTERN DIVISION

| | | |
|---|---|---|
| **JOSEPH HARDESTY, et al.,** | : | Case No. 1:16-cv-00298 |
| | : | |
| Plaintiffs, | : | Judge Timothy Black |
| | : | |
| v. | : | |
| | : | **NOTICE OF FILING AFFIDAVIT OF** |
| **THE KROGER CO., et al.** | : | **JOSHUA M. SMITH, ESQ. UNDER** |
| | : | **SEAL** |
| Defendants. | : | |

It is hereby noticed that pursuant to the Court's Stipulated Protective Order (Doc. #17), and the Court's February 22 Entry Conditionally Granting Plaintiffs' Motion to File under Seal (Doc. #77), Plaintiffs hereby file the Affidavit of Joshua M. Smith, Esq. in Support of Plaintiffs' Motion for Summary Judgment, with attached exhibits, under seal.

Respectfully submitted,

/s/ Peter A. Saba
Peter A. Saba (0055535)
Joshua M. Smith (0092360)
Sharon J. Sobers (0030428)
STAGNARO, SABA
& PATTERSON CO., L.P.A.
2623 Erie Avenue
Cincinnati, Ohio 45208
(513) 533-6715
(513) 533-2716 (fax)
jms@sspfirm.com
**Attorneys for Plaintiffs**

## CERTIFICATE OF SERVICE

The undersigned does hereby certify that a true and accurate copy of the foregoing was served electronically through the District Court's electronic case filing system upon David K. Montgomery, Esq., and Ryan M. Martin, Esq., Jackson Lewis P.C., PNC Center, 26th Floor, 201 East Fifth Street, Cincinnati, Ohio 45202, this 22nd day of February, 2019.

/s/ Peter A. Saba
Peter A. Saba (0055535)