UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION

| | | |
|---|---|---|
| **JOSEPH HARDESTY, ET AL.,** | : | Case No. 1:16-CV-00298 |
| Individually and on behalf of All | : | |
| Others Similarly Situated | : | Judge Timothy Black |
| | : | |
| Plaintiffs, | : | |
| | : | **ORDER GRANTING PLAINTIFFS'** |
| v. | : | **UNOPPOSED MOTION FOR** |
| | : | **EXTENSION OF TIME TO FILE** |
| **THE KROGER CO., et al.** | : | **REPLY IN SUPPORT OF MOTION** |
| | : | **FOR PARTIAL SUMMARY** |
| Defendants. | : | **JUDGMENT** |

This matter is before the Court on Plaintiffs' Unopposed Motion for Extension of Time to File Reply in Support of Motion for Partial Summary Judgment. Having considered this matter fully and being otherwise sufficiently advised, it is hereby ORDERED that the Motion is GRANTED, extending the April 5, 2019 deadline for Plaintiffs to file their reply in support of Motion for Partial Summary Judgment to April 12, 2019. No other dates are affected by this Order.

ENTERED this _____ day of _____, 2019.

_____
UNITED STATES DISTRICT JUDGE

Respectfully submitted,

/s/ Joshua M. Smith
Peter A. Saba (0055535)
Joshua M. Smith (0092360)
Sharon Sobers (0030428)
Jeffrey M. Nye (0082247)
STAGNARO, SABA
& PATTERSON CO., L.P.A.
2623 Erie Avenue
Cincinnati, Ohio 45208
(513) 533-2701
(513) 533-2711 (fax)
pas@sspfirm.com
**Attorneys for Plaintiffs**

# CERTIFICATE OF SERVICE

The undersigned does hereby certify that a true and accurate copy of the foregoing was served electronically through the District Court's electronic case filing system upon David K. Montgomery, Esq. and Ryan M. Martin, Esq., Jackson Lewis P.C., PNC Center, 26th Floor, 201 East Fifth Street, Cincinnati, Ohio 45202, this 29th day of March 2019.

/s/ Joshua M. Smith
Joshua M. Smith (0092360)