UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION AT CINCINNATI

**Joseph Hardesty et al,**
       **Plaintiff,**

-vs-                                                                              Case No.  1:16-cv-298

**Kroger Co. et al,**
       **Defendant.**

_____

## JUDGMENT IN A CIVIL CASE

| | | |
|---|---|---|
| | **Jury Verdict.** | This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict. |
| X | **Decision by Court.** | This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered. |

### IT IS ORDERED AND ADJUDGED

IT IS ORDERED that the parties' motion for approval of FLSA collective action settlement is GRANTED in full, and that the case shall be dismissed WITH PREJUDICE, with this Court retaining exclusive jurisdiction to enforce the terms of the Settlement Agreement.

Date:  August 26, 2022                                              Richard W. Nagel, CLERK

                                                                                  By:s/Benjamin Codispoti
                                                                                  Benjamin Codispoti, Deputy Clerk